United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: May 01, 2015
Docket #: 15-1451
Short Title: EDRO Corporation v. National Labor Relations Board

Agency #: 01-CA-116211
Agency: NLRB Agency #: 01-CA-116225
Agency: NLRB

## SERVICE FOR PETITION FOR REVIEW

Pursuant to FRAP 15(c) you are hereby served with the enclosed petition for review of the National Labor Relations Board order in the above-entitled case that was filed in this court on 15-1451.

A copy of the petition is enclosed herewith.

Inquiries regarding this case may be directed to 212-857-8505.