UNITED STATES COURT OF APPEALS

for the

SECOND CIRCUIT

| | | |
|---|---|---|
| EDRO CORPORATION d/b/a DYNAWASH | : | |
| | : | |
| *Petitioner* | : | |
| | : | |
| v. | : | Petition for Review |
| | : | |
| NATIONAL LABOR RELATIONS BOARD | : | |
| | : | April 29, 2015 |
| *Respondent* | : | |

EDRO Corporation d/b/a Dynawash, hereby petitions the court for review of the Decision and Order of the National Labor Relations Board in Cases 01-CA-116211 and 01-CA-116225 entered on the 31st day of March, 2015.

EDRO COPRORATION

By: _____
Stephanie P. Antone
Attorney for Petitioner
Anderson, Reynolds & Lynch, LLP
One Liberty Square, Suite 208
New Britain, CT 06051
Tel: (860) 893-0500
Fax: (860) 893-0550
E-mail: stephanieantone@arllawyers.com

1

Statement of Service

I hereby certify that on April 29, 2015 a copy of the foregoing Petition for Review in the Second Circuit was electronically filed in CM/ECF and served by email to the other parties admitted to participate in the agency proceedings in accordance with Federal Rule of Appellate Procedure 15(c), as follows:

Jo Anne Howlett
Counsel for the General Counsel
P.O. Box 60306
Florence MA 01062
JoAnne.Howlett@nlrb.gov

Meredith B. Garry
Field Attorney
National Labor Relations Board - Subregion 34
A.A. Ribicoff Federal Building
450 Main Street, Suite 410
Hartford, CT 06103
meredith.garry@nlrb.gov

Attorney Thomas R. Gibbons
For Westaff
Jackson Lewis LLP
90 State House Square, Suite 8
Hartford, CT 06103-3702
gibbonst@jacksonlewis.com

Mr. Vincent Davis
6 Lindsey Road
Middletown, CT 06457
Vincenzo351@hotmail.com

William H. Haller
Associate General Counsel
International Association of Machinists & Aerospace Workers, AFL/CIO
9000 Machinists Place
Upper Marlboro, MD  20772-2687
whaller@iamaw.org

Heather Peterson, Corporate Counsel
Select Staffing
3820 State Street
Santa Barbara, CA 93105
Heather.peterson@select.com

Gary Anthony, Grand Lodge Representative
International Association of Machinists & Aerospace Workers, AFL/CIO
Executive Plaza III
135 Merchant Street, Suite 265
Cincinnati, Ohio 45246
ganthony@iamaw.org

                                                Stephanie P. Antone