UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of June, two thousand and fifteen,

_____

EDRO Corporation, DBA Dynawash,

   Petitioner,

v.

National Labor Relations Board,

   Respondent.
_____

ORDER
Docket No: 15-1451

  Counsel for PETITIONER EDRO Corporation has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting 9/16/2015 as the brief filing date.

  It is HEREBY ORDERED that Petitioner's brief must be filed on or before 9/16/2015. The appeal is dismissed effective 9/16/2015 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).]

     For The Court:

     Catherine O'Hagan Wolfe,
     Clerk of Court

