UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| EDRO CORPORATION d/b/a DYNAWASH | ) |
|     Petitioner/Cross-Respondent | ) |
| | ) |
|     v. | ) Nos. 15-1451 and 15-1760 |
| | ) |
| NATIONAL LABOR RELATIONS BOARD | ) |
|     Respondent/Cross-Petitioner | ) |

**SCHEDULING REQUEST OF THE
NATIONAL LABOR RELATIONS BOARD**

Pursuant to Local Rule 31.2(a), the National Labor Relations Board respectfully requests to file its brief in the above-captioned case on December 16, 2015, which is 91 days after September 16, 2015, when EDRO Corporation d/b/a Dynawash filed its opening brief in this consolidated appeal.

                                          Respectfully submitted,
                                          /s/ Linda Dreeben
                                          Linda Dreeben
                                          Deputy Associate General Counsel
                                          National Labor Relations Board
                                          1015 Half Street, S.E.
                                          Washington, D.C. 20570
                                          (202) 273-2960

Dated at Washington, D.C.
this 21st day of September, 2015

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

EDRO CORPORATION d/b/a DYNAWASH )
        Petitioner/Cross-Respondent )
         )
        v. ) Nos. 15-1451 and 15-1760
         )
NATIONAL LABOR RELATIONS BOARD )
        Respondent/Cross-Petitioner )

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2015, I electronically filed the forgoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system. I certify that the foregoing document was served via the CM/ECF system on:

Stephanie P. Antone, Esquire
Anderson, Reynolds & Lynch
One Liberty Square, Suite 208
New Britain, CT 06051
stephanieantone@arllawyers.com

        /s/Linda Dreeben
        Linda Dreeben
        Deputy Associate General Counsel
        NATIONAL LABOR RELATIONS BOARD
        1015 Half Street, S.E.
        Washington, D.C. 20570

Dated at Washington, D.C.
this 21st day of September 2015